UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUDSON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE BROKERS, INC., et al.,<br><br>Defendants. | No. 1:18-cv-00907-DAD-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS BAYLOR TRUCKING, INC., INSIGHT TECHNOLOGY, INC., J D FACTORS, LLC, IMPERIUM SYSTEMS, INC, and BIBBY TRANSPORTATION FINANCE<br><br>(Doc. 20) |

On October 25, 2018, Plaintiff filed a "Notice of Voluntary Dismissal of Certain Defendants," dismissing without prejudice Defendants Baylor Trucking, Inc.; Insight Technology, Inc.; J D Factors, LLC; Imperium Systems, Inc.; and Bibby Transportation Finance. (Doc. 20.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111

F.3d 688, 692 (9th Cir. 1997).

Because Plaintiff filed a notice of dismissal of this case before Defendants Baylor Trucking, Inc.; Insight Technology, Inc.; J D Factors, LLC; Imperium Systems, Inc.; and Bibby Transportation Finance served either an answer or a motion for summary judgment, this case has automatically terminated as to those defendants. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk of Court is directed to TERMINATE Defendants Baylor Trucking, Inc., Insight Technology, Inc., J D Factors, LLC, Imperium Systems, Inc., and Bibby Transportation Finance.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated:   **October 26, 2018**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE