1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HUDSON INSURANCE COMPANY,            No.  1:18-CV-00907-DAD-SKO

12              Plaintiff,

13        v.                              ORDER RE STIPULATION

14   GOLDEN STATE BROKERS, INC. et al.,   (Doc. No. 183)

15              Defendants.

16

17        This is an interpleader action.  On April 19, 2019, plaintiff Hudson Insurance Company

18  ("plaintiff") and current non-party Compass Funding Solutions LLC ("Compass") filed a

19  stipulation seeking to "reinstate" Compass as a defendant in the first amended complaint

20  ("FAC").  (Doc. No. 183.)  Compass was a named defendant in this action in the original

21  complaint in this action, but it appears that:  (1) the Clerk of the Court entered default against it

22  (Doc. No. 157); and (2) prior to the filing of the FAC, Hudson voluntarily dismissed Compass

23  from this action (*see* Doc. Nos. 169, 175).  However, in the pending stipulation, plaintiff and

24  Compass (collectively, the "movants") state that although the FAC does not name Compass as a

25  defendant, the movants seek to "reinstate" Compass as a defendant in the FAC.  (Doc. No. 183 at

26  2.)  The movants state that "Compass is a claimant on the bond in question in this suit and wishes

27  to appear in said action to have its claims resolved on the merits."  (*Id.* at 3.)

28  /////

The court construes the movants' stipulation as a motion to amend the complaint filed on behalf of plaintiff, given that, as a result of Compass not having been named as a defendant in the FAC, counsel for Compass has not filed a notice of appearance in this action and is therefore unable to stipulate to anything. The court, "should freely give leave [to amend] when justice so requires," Fed. R. Civ. P. 15(a)(2), and here the court finds that the interests of justice weigh in favor of permitting Hudson to file a second amended complaint that names Compass as a defendant. Neither plaintiff nor Compass will be prejudiced by the filing of a second amended complaint that adds Compass as a defendant, as the parties have filed a stipulation indicating that they desire to have Compass named as a defendant in this action. (*See* Doc. No. 183.) Moreover, it appears that Compass is a claimant on the bond in question in this action and the court therefore finds that the interests of justice require its inclusion in this action.

Accordingly, the court will permit plaintiff to file a second amended complaint for the limited purpose of adding Compass as a defendant. Plaintiff is directed to file a second amended complaint within five (5) days after the issuance of this order.

IT IS SO ORDERED.

Dated: __**April 22, 2019**__          _____

UNITED STATES DISTRICT JUDGE