UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUDSON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE BROKERS, INC., et al.,<br><br>Defendants. | No. 1:18-cv-00907-DAD-SKO<br><br>ORDER FOLLOWING SCHEDULING CONFERENCE<br><br>(Doc. 212) |

This is an interpleader action regarding a $75,000 transportation bond on which Plaintiff is the surety. (*See* Doc. 185.) Defendants who have appeared in the case—Compass Funding Solutions, LLC, Western Flyer Express, LLC, and JC Transport—are claimants on the bond. (*See* Docs. 189, 191, 192.) The parties appear to have come to a tentative agreement that Compass Funding Solutions, LLC is entitled to $8,000 of the bond funds; Western Flyer Express, LLC is entitled to $3,800; JC Transport is entitled to $8,450; and Plaintiff is entitled to the remaining balance. (*See* Doc. 211 at 2.)

On December 12, 2019, the Court held a scheduling conference. (*See* Doc. 212.) Timothy Tomlin, Esq. appeared telephonically on behalf of Plaintiff; Lenden Webb, Esq. appeared telephonically on behalf of Defendants Compass Funding Solutions, LLC and Western Flyer

Express, LLC. Defendant JC Transport appeared through its owner, Jose Castillo Jimenez.[1] Following a discussion with the parties and in light of the current posture of the case, the Court declined to set a schedule at this time. Instead, for the reasons set forth on the record, the Court hereby ORDERS as follows:

1. **By no later than December 20, 2019**, Plaintiff shall file notices of voluntary dismissal as to Defendants AS Trucking, C&V Transport, Expedited Freightway, Inc., Golden State Brokers, Inc., JM Express, Inc., and Amandip Singh Shoker.

2. **By no later than December 20, 2019**, Plaintiff shall file a status report setting forth: (1) legal authority regarding whether Defendant JC Transport is a "corporation *or other entity*" within the meaning of Local Rule 183(a), such that it may only appear through an attorney; (2) if so, whether Plaintiff intends to substitute Jose Castillo Jimenez for JC Transport as the proper party, or whether JC Transport must retain an attorney; and (3) whether this effects Plaintiff's filing of a stipulation or motion for disbursement of funds by December 27, 2019 as set forth below.

3. **By no later than December 20, 2019**, counsel for Defendants Compass Funding Solutions, LLC and Western Flyer Express, LLC shall confer with his clients regarding counsel's entitlement to attorney's fees so Plaintiff's counsel and Defendants' counsel can meet and confer regarding this issue prior to Plaintiff's filing of the stipulation or motion set forth in paragraph 4 below.

4. **By no later than December 27, 2019**, Plaintiff shall file either (1) a stipulation or motion for disbursement of the bond funds or (2) a motion seeking discharge as Plaintiff in interpleader.

---

[1] It is unclear whether JC Transport is an "entity" within the meaning of Local Rule 183 and whether it must appear through an attorney. *See* E.D. Cal. L.R. 183(a). Plaintiff's counsel indicated at the hearing that he has not raised this issue because he believes JC Transport may not be an "entity" within the meaning of that Rule and may appear *pro se*. The Court directed Plaintiff to file a status report regarding this issue as set forth in this Order.

2

5. **By no later than January 14, 2020**, Plaintiff shall file a status report updating the Court on the status of the case.

6. The scheduling conference is CONTINUED to March 19, 2020, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties shall file an updated scheduling report by no later than March 12, 2020.

IT IS SO ORDERED.

Dated:   **December 13, 2019**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE