UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUDSON INSURANCE COMPANY,

Plaintiff,

v.

GOLDEN STATE BROKERS, INC., et al.,

Defendants.

No. 1:18-cv-00907-DAD-SKO

ORDER RE STATUS REPORT AND STIPULATION

(Docs. 217, 218)

The Court held a scheduling conference in this case on December 13, 2019.  Following the scheduling conference, the Court directed Plaintiff to file, by no later than December 20, 2019, a status report setting forth: (1) legal authority regarding whether Defendant JC Transport is an entity within the meaning of Local Rule 183(a); (2) if so, whether Plaintiff intends to substitute Jose Castillo Jimenez for JC Transport as the proper party, or whether JC Transport must retain an attorney; and (3) whether this effects Plaintiff's filing of a stipulation or motion for disbursement of funds by December 27, 2019.  (Doc. 213.)

On December 20, 2019, Plaintiff filed a status report stating that JC Transport is a motor carrier with Department of Transportation number 2361454, with the legal name "Jose Castillo Jimenez; DBA Name: JC Transport."  (Doc. 217 at 1.)  Plaintiff represents that JC Transport is not a "corporation or other entity" which must appear through an attorney pursuant to Local Rule 183(a)

because JC Transport is a "sole proprietorship." (*Id.*) Nonetheless, Plaintiff states that it intends to substitute Jose Castillo Jimenez, an individual, for JC Transport, by stipulation. (*Id.*) Plaintiff represents that this should not affect the filing of a motion for disbursement of funds by December 27, 2019, assuming the stipulation is fully approved by the Court. (*Id.* at 2.)

Concurrently with filing the status report, Plaintiff filed a stipulation for filing of a third amended complaint. (Doc. 218.) The stipulation is signed by all parties who have appeared in the action and requests that the Court allow Plaintiff to file the "Third Amended Complaint in Interpleader," (*see* Doc. 218 at 4–7), which names as Defendants Jose Castillo Jimenez, Western Flyer Express, LLC, and Compass Funding Solutions, LLC, and alleges one cause of action for interpleader. The stipulation further states that the parties "agree that they have been properly served with the Third Amended Complaint" and requests that an answer attached to the stipulation, (*see* Doc. 218 at 9–11), be deemed as Jose Castillo Jimenez's answer to the third amended complaint. Finally, the parties request that the answers previously filed by Compass Funding Solutions, LLC and Western Flyer Express, LLC, (Docs. 189, 192), be allowed to stand as their answers to the third amended complaint. (Doc. 218 at 2.)

Upon review of the parties' stipulation, (Doc. 218), and for good cause shown, the Court GRANTS the parties' requests to file a third amended complaint and for the answer attached to the stipulation to be deemed as Jose Castillo Jimenez's answer to the third amended complaint. As the third amended complaint omits multiple claims and paragraphs that were included in the second amended complaint, to prevent confusion, the Court hereby DIRECTS Defendants Compass Funding Solutions, LLC and Western Flyer Express, LLC to file new answers responsive to the third amended complaint. The Court will *sua sponte* extend Plaintiff's deadline for filing a motion for disbursement of interpleader funds accordingly.

Accordingly, IT IS ORDERED:

1.     Plaintiff shall file the third amended complaint, (Doc. 218 at 4–7), on the docket by no later than **December 27, 2019.**

2.     The answer attached to the stipulation, (Doc. 218 at 9–11), shall be deemed Defendant Jose Castillo Jimenez's answer to the third amended complaint.

3.     Defendants Compass Funding Solutions, LLC and Western Flyer Express, LLC, shall file answers to the third amended complaint by no later than **January 3, 2020.**

4.     Plaintiff shall file the motion or stipulation for disbursement of interpleader funds by no later than **January 6, 2020.**

Dated:   **December 23, 2019**                          /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE